1  LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
   JOSEPH P. GARIN, ESQ.
2  Nevada Bar No. 6653
   SIRIA L. GUTIERREZ, ESQ.
3  Nevada Bar No. 11981
   9900 Covington Cross Drive, Ste. 120
4  Las Vegas, Nevada 89144
   (702) 382-1500 - Phone
5  (702) 382-1512 - Fax
   jgarin@lipsonneilson.com
6  sgutierrez@lipsonneilson.com

7  *Attorneys for Defendant*
   *Towers Unlimited Inc.*

8

                    **UNITED STATES DISTRICT COURT**
9

10                         **DISTRICT OF NEVADA**

11

12  KEVIN BARTON,                          Case No.: 2:16-cv-00823-JAD-VCF

                        Plaintiff,         **STIPULATION TO EXTEND TOWERS**
13  v.                                     **UNLIMITED, INC. TIME TO FILE AN**
                                           **AMENDED ANSWER**
14  TOWERS UNLIMITED INC., a Foreign
    Corporation, and DOES 1 through 20,    **FIRST REQUEST**
15  inclusive,

16                      Defendants.

17

18       COMES NOW, Defendant Towers Unlimited Inc. ("Towers"), by and through its

19  attorneys, the law offices of LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., and Kevin

20  Barton, by and through his counsel of record, Robert A. Goldstein, hereby agree and stipulate

21  as follows:

22       )  Towers Unlimited, Inc.'s deadline to file an Amended Answer without leave of Court is

23          May 2, 2016;

24       )  The parties are actively engaged in settlement negotiations; and

25       )  In an effort to resolve this matter, the parties stipulate to allow Tower's Unlimited Inc.

26          until Monday, May 9, 2016, to file an Amended Answer.

27  //

28  //

                                     - 1 -

In compliance with Local Rule 6-1, the parties have good cause for this extension of time as the parties have begun settlement discussions. This stipulation is made in good faith and as an effort to facilitate resolution between the parties without incurring further fees and costs.

LAW OFFICE OF ROBERT A. GOLDSTEIN
Dated this 2nd day of May, 2016.

By: */s/ Robert A. Goldstein*
Robert A. Goldstein, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorney for Plaintiff*

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
Dated this 2nd day of May, 2016.

By: */s/ Siria L. Gutierrez*
Joseph P. Garin, Esq.
Siria L. Gutierrez, Esq.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant*
*Towers Unlimited Inc.*

**ORDER**

**IT IS SO ORDERED.**
Dated this 3rd day of May, 2016.

_____
**UNITED STATES MAGISTRATE JUDGE**