```
LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 - Phone
(702) 382-1512 - Fax
jgarin@lipsonneilson.com
sgutierrez@lipsonneilson.com
```

*Attorneys for Defendant*
*Towers Unlimited Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BARTON,<br><br>                    Plaintiff,<br>v.<br><br>TOWERS UNLIMITED INC., a Foreign Corporation, and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No.: 2:16-cv-00823-JAD-VCF<br><br>**STIPULATION TO EXTEND TOWERS UNLIMITED, INC. TIME TO FILE AN AMENDED ANSWER**<br><br>**SECOND REQUEST** |

COMES NOW, Defendant Towers Unlimited Inc. ("Towers"), by and through its attorneys, the law offices of LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C., and Kevin Barton, by and through his counsel of record, Robert A. Goldstein, hereby agree and stipulate as follows:

- Towers Unlimited, Inc.'s deadline to file an Amended Answer without leave of Court was May 2, 2016;
- The parties are actively engaged in settlement negotiations; and
- In an effort to resolve this matter, the parties stipulated to allow Towers Unlimited Inc. until Monday, May 9, 2016, to file an Amended Answer.
- The parties are close to resolution and would ask for a few additional days to file an Amended Answer should the negotiations fall through.

- Thus, the parties stipulate to allow Towers Unlimited until Wednesday, May 11, 2016, to file an Amended Answer.

In compliance with Local Rule 6-1, the parties have good cause for this extension of time as the parties are actively involved in settlement discussions. This stipulation is made in good faith and as an effort to facilitate resolution between the parties without incurring further fees and costs.

| | |
|---|---|
| LAW OFFICE OF ROBERT A. GOLDSTEIN<br>Dated this 9th day of May, 2016.<br><br>By: */s/ Robert A. Goldstein*<br>Robert A. Goldstein, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br><br>*Attorney for Plaintiff* | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.<br>Dated this 9th day of May, 2016.<br><br>By: */s/ Siria L. Gutierrez*<br>Joseph P. Garin, Esq.<br>Siria L. Gutierrez, Esq.<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Defendant Towers Unlimited Inc.* |

**ORDER**

**IT IS SO ORDERED.**

May 10, 2016

_____
~~UNITED STATES DISTRICT COURT JUDGE~~
**UNITED STATES MAGISTRATE JUDGE**