LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 - Phone
(702) 382-1512 - Fax
jgarin@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorneys for Defendant
Towers Unlimited Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN BARTON,<br><br>           Plaintiff,<br><br>v.<br><br>TOWERS UNLIMITED INC., a Foreign Corporation, and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No.: 2:16-cv-00823-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 15 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED to by Plaintiff, KEVIN BARTON, and Defendant TOWERS UNLIMITED, INC., by and through their respective counsel of record, that the above-entitled matter is hereby dismissed in its entirety with prejudice, with each of the parties to bear their own attorney's fees and costs.

Dated: September 30, 2016.

Dated: September 30, 2016.

LAW OFFICE OF ROBERT A. GOLDSTEIN

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

/s/ Robert B. Goldstein
By: _____
Robert B. Goldstein, Esq.
Nevada Bar No. 5001
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorney for Plaintiff*

/s/ Siria L. Gutierrez
By: _____
Joseph P. Garin, Esq.
Nevada Bar No. 6653
Siria L. Gutierrez, Esq.
Nevada Bar No. 11981
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant
Towers Unlimited Inc.*

### ORDER

Based on the parties' stipulation [15] and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

9/30/16

_____
UNITED STATES DISTRICT COURT JUDGE